# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

March 30, 2018

Attorney Eric Tennen
Swomley & Tennen, LLP
Attorneys at Law
50 Congress Street
Suite 600
Boston, MA 02109-4075

**Re: PORTILLO, Rutilio**
**Reg: 09278-104**

Dear Attorney Tennen:

Please be advised that Detainee Portillo, Rutilio was received at the Wyatt Detention Facility on July 7, 2016. He is being held for the United States Marshal Service District of Massachusetts for drug charges.

During his stay at the facility, Dt. Portillo received one misconduct report. On August 25, 2017 he received 12 days disciplinary status for fighting with another detainee.

Dt. Portillo is designated as a member of MS-13. While housed at the facility, he was involved in one known gang related incident. On February 22, 2018 he was assaulted by rival gang members in a housing unit. Due to being the victim of the assault, Dt. Portillo did not receive a misconduct report for this incident.

Dt. Portillo is employed as a unit worker since March 2018.

Dt. Portillo successfully completed the SRG Program and the Restorative Justice Reading Group while housed in the facility.

Dt. Portillo attended Math, English and Typing classes while housed in the facility.

While housed in the facility, Dt. Portillo regularly attended religious services.

If you should have any questions feel free to contact my office at (401)729-1190 extension 74364.

Sincerely,

*[signature]*

Kristen Damaso

# Certificate of Completion

This award is presented to

**Rutilio I. Portillo**

This 21st day of December 2017
For his successful completion of the

# RESTORATIVE JUSTICE READING GROUP

Mr. Portillo successfully completed the 8-week (16 hours) Transformational Prison Project Reading Group at Donald W. Wyatt Detention Facility. This group includes restorative justice readings, writing assignments, and discussions intended to deepen participants' knowledge of restorative practices.

_____
Daniel W. Martin, Warden
Donald W. Wyatt Detention Facility

_____
Karen Lischinsky, Director
Transformational Prison Project

_____
Jean Singleton, Program Director
Donald W. Wyatt Detention Facility

_____
Claudia Castañeda, Facilitator
Transformational Prison Project

# CERTIFICATE of COMPLETION

PRESTENTED TO

## RUTILIO PORTILLO

HAS SUCCESSFULLY COMPLETED THE

### SRG PROGRAM

PART 1 ~ Getting by/Doing time
PART 2 ~ Social Awareness
PART 3 ~ Controlling your Anger

At The Donald W. Wyatt Detention Facility



_____
KRISTEN DAMASO
Unit Manager

_____
JEAN SINGLETON
Program Director

_____
DANIEL W. MARTIN
Warden

March 2017